```
+------------------------------------------------------------------------------+
|Name........ MS STELLA HARRISON    Exemptions: FED 02 Single ||   Cost center: 23328          |
|Personnel # :00770782              Exemptions: SC  02 Single ||   Pay type.... Regular payroll |
|Pay area.... XE  XE Bi-weekly      Exemptions:              ||   Pay period.. 03/21/2014 - 04/03/2014 |
|Legal Entity:T002                  Exemptions:              ||   Payroll for. 08/2014        |
|Compass Two, LLC                   Exemptions:              ||   Payroll in.. 08/2014        |
|                                   Exemptions:              ||                               |
+------------------------------------------------------------------------------+
| Check date  Check number   Chk amount =  Gross   -  Taxes -  DEDS            |
| 04/11/2014  <Not assigned>   436.46     493.20  -  56.74                     |
+------------------------------------------------------------------------------+
|GROSS       JOB CODE  RATE  HOURS    AMOUNT   YTD  ||AFTER TAX DEDUCTIONS    AMOUNT   YTD   |
|1001 Hrlywage          8.00          0.00         ||2825 Safety Shoes - Deduct        50.84-|
|1001 Hrlywage 00000346 8.00  31.22  249.76        ||Total After Tax Deduction         50.84-|
|1001 Hrlywage 00000346 8.00  30.43  243.44  3,139.84 |+---------------------------------|
|Total Earnings                      493.20  3,139.84 ||BANK INFORMATION               |
+-----------------------------------------------------|+---------------------------------|
|TAXES            FED  Federal       AMOUNT   YTD  ||Bank Number    Account Number  Amount |
|Federal                                           ||XXXXXXXXXX     XXXXXXX0117     436.46 |
| /401 TX Withholding Tax             10.28   50.50 |+---------------------------------|
| /403 TX EE Social Security Tax      30.58  194.67 ||Vacation/Sick/Personal-Balances  |
| /405 TX EE Medicare Tax              7.15   45.53 ||  Wage Type Description        Balance |
|State          SC   South Carolina                ||1605 Sick DAYS Bal. - Hrly        3.00 |
| /401 TX Withholding Tax              8.73   45.47 |+---------------------------------|
|Total Taxes                          56.74  336.17 |
+---------------------------------------------------+
```

Don't undertake ethically questionable business practices.

If you have any questions about the Code of Business
Conduct speak to your manager or use "Speak Up" 866-654-6626.

        CC: 23328     Reg: CKS
        MS STELLA HARRISON
        602 GREEN AVENUE
        GREENVILLE SC  29601

No llevar a cabo prácticas de negocios que
sean éticamente cuestionables.

Si tiene alguna pregunta sobre el Código de
ética empresarial hable con su superior o
utilice el servicio "Speak Up" 866-654-6626.

        Compass Group
        2400 Yorkmont Rd.
        Charlotte, NC 28217
        (877) 311-4747

| Name. . . . . . . . : | MS STELLA HARRISON | | Exemptions: FED | 02 Single | | Cost Center: 23328 |
|---|---|---|---|---|---|---|
| Personnel # :00270282 | | | Exemptions: SC | 02 Single | | Pay type. . . . . Regular payroll |
| Pay area. . . . : XE  XE Bi-weekly | | | Exemptions: | | | Pay period. . 03/07/2014 - 03/20/2014 |
| Legal Entity:1002 | | | Exemptions: | | | Payroll for. . 07/2014 |
| Compass Two, LLC | | | Exemptions: | | | Payroll in. . 07/2014 |
| | | | Exemptions: | | | |

| Check date | Check number | Chk amount = | Gross    - | Taxes    - | DEDS |
|---|---|---|---|---|---|
| 03/28/2014 | <not assigned> | 474.29 | 541.84    - | 67.55 | |

| GROSS | JOB CODE | RATE | HOURS | AMOUNT | YTD | | AFTER TAX DEDUCTIONS | | AMOUNT | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| 1001 Hrlywage | | 8.00 | | 0.00 | | | 2825 Safety Shoes - Deduct | | | 50.84-I |
| 1001 Hrlywage | 00000346 | 8.00 | 34.00 | 272.00 | 2,646.64 | | Total After Tax Deduction | | | 50.84-I |
| 1001 Hrlywage | 00000346 | 8.00 | 33.73 | 269.84 | | | | | | |
| Total Earnings | | | | 541.84 | 2,646.64 | | BANK INFORMATION | | | |

| TAXES | | AMOUNT | YTD | | Bank Number | | Account Number | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Federal | FED  Federal | | | | XXXXXXXXX | | XXXXXX0117 | | 474.29 |
| /401 TX Withholding Tax | | 15.15 | 40.22 | | | | | | |
| /403 TX EE Social Security Tax | | 33.59 | 164.09 | | Vacation/Sick/Personal Balances | | | | |
| /405 TX EE Medicare Tax | | 7.86 | 38.38 | | Wage Type Description | | | | Balance |
| State | SC  South Carolina | | | | 1605 Sick Days Bal. - Hrly | | | | 3.00 |
| /401 TX Withholding Tax | | 10.95 | 36.74 | | | | | | |
| Total Taxes | | 67.55 | 279.43 | | | | | | |

Always be professional, polite, honest and transparent when dealing with clients, customers, suppliers and colleagues.

If you have any questions about the Code of Business Conduct speak to your manager or use "Speak up" 866-654-6626.

Sea siempre profesional, educado/a, honesto/a y transparente en el trato con sus clientes, proveedores y colegas.

Si tiene alguna pregunta sobre el Código de #tica empresarial hable con su superior o utilice el servicio "speak up" 866-654-6626.

CC:  23328          REG:  CKS
MS STELLA HARRISON
602 GREEN AVENUE
GREENVILLE SC  29601

COMPASS Group
2400 Yorkmont Rd.
Charlotte, NC 28217
(877) 311-4747

```
|Name........ MS STELLA HARRISON       Exemptions: FED  02 Single  ||   Cost Center: 23328
|Personnel # :00270282                 Exemptions: SC   02 Single  ||   Pay type.... Regular payroll
|Pay area.... XE  XE Bi-weekly         Exemptions:                 ||   Pay period.. 02/21/2014 - 03/06/2014
|Legal Entity:T002                     Exemptions:                 ||   Payroll for. 06/2014
|Compass Two, LLC                      Exemptions:                 ||   Payroll in.. 06/2014
|                                      Exemptions:                 ||
```

| Check date | Check number | Chk amount = | Gross  - | Taxes  - | DEDS |
|---|---|---|---|---|---|
| 03/14/2014 | <Not assigned> | 493.14 | 566.32 - | 73.18 | |

| GROSS | JOB CODE | RATE | HOURS | AMOUNT | YTD |
|---|---|---|---|---|---|
| 1001 HrlyWage | | 8.00 | | 0.00 | |
| 1001 HrlyWage | 00000346 | 8.00 | 37.37 | 298.96 | |
| 1001 HrlyWage | 00000346 | 8.00 | 33.42 | 267.36 | 2,104.80 |
| Total Earnings | | | | 566.32 | 2,104.80 |

| TAXES | | | | AMOUNT | YTD |
|---|---|---|---|---|---|
| Federal | FED | Federal | | | |
|  /401 TX Withholding Tax | | | | 17.59 | 25.07 |
|  /403 TX EE Social Security Tax | | | | 35.11 | 130.50 |
|  /405 TX EE Medicare Tax | | | | 8.21 | 30.52 |
| State | SC | South Carolina | | | |
|  /401 TX Withholding Tax | | | | 12.27 | 25.79 |
| Total Taxes | | | | 73.18 | 211.88 |

| AFTER TAX DEDUCTIONS | AMOUNT | YTD |
|---|---|---|
| 2825 Safety Shoes - Deduct | | 50.84- |
| Total After Tax Deduction | | 50.84- |

| BANK INFORMATION | | |
|---|---|---|
| Bank Number | Account Number | Amount |
| XXXXXXXXX | XXXXXXX0117 | 493.14 |

| Vacation/Sick/Personal-Balances | | |
|---|---|---|
| Wage Type Description | | Balance |
| 1605 Sick.DAYS Bal. - Hrly | | 3.00 |

| Always be professional, polite, honest and transparent when dealing with clients, customers, suppliers and colleagues. | Sea siempre profesional, educado/a, honesto/a y transparente en el trato con sus clientes, proveedores y colegas. |
|---|---|
| If you have any questions about the Code of Business Conduct speak to your manager or use "Speak Up" 866-654-6626. | Si tiene alguna pregunta sobre el Código de Ética empresarial hable con su superior o utilice el servicio "Speak Up" 866-654-6626. |

CC: 23328   Reg: CKS
MS STELLA HARRISON
602 GREEN AVENUE
GREENVILLE SC  29601

Compass Group
2400 Yorkmont Rd.
Charlotte, NC 28217
(877) 311-4747

Name..........: MS STELLA HARRISON
Personnel # :007/0782
Pay area.....: XE  XE Bi-weekly
Legal Entity:T002
Compass Two, LLC

| | | |
|---|---|---|
| Exemptions: FED | 02 Single | |
| Exemptions: SC | 02 Single | |
| Exemptions: | | |
| Exemptions: | | |
| Exemptions: | | |
| Exemptions: | | |

Cost Center: 23328
Pay type....: Regular payroll
Pay period..: 01/10/2014 - 01/23/2014
Payroll for: 03/2014
Payroll in.: 03/2014

| Check date | Check number | Chk amount = | Gross - | Taxes - | DEDS - | |
|---|---|---|---|---|---|---|
| 01/31/2014 | -Not assigned- | 397.71 | 465.20 | 50.54 | 16.95 | |

| GROSS | JOB CODE | RATE | HOURS | AMOUNT | YTD |
|---|---|---|---|---|---|
| 1001 Hrly wage | 00000346 | 8.00 | | 0.00 | |
| 1001 Hrly wage | | 8.00 | 34.12 | 272.96 | |
| 1001 Hrly wage | 00000346 | 8.00 | 24.03 | 192.24 | 943.20 |
| Total Earnings | | | | 465.20 | 943.20 |

| TAXES | | AMOUNT | YTD |
|---|---|---|---|
| Federal | FED  Federal | | |
| /401 TX Withholding Tax | | 7.48 | 7.48 |
| /403 TX EE Social Security Tax | | 28.84 | 58.48 |
| /405 TX EE Medicare Tax | | 6.75 | 13.68 |
| State | SC  South Carolina | | |
| /401 TX Withholding Tax | | 7.47 | 9.37 |
| Total Taxes | | 50.54 | 89.01 |

| AFTER TAX DEDUCTIONS | AMOUNT | YTD |
|---|---|---|
| 2825 Safety Shoes - Deduct | 16.95- | 16.95- |
| Total After Tax deduction | 16.95- | 16.95- |

| BANK INFORMATION | | |
|---|---|---|
| Bank Number | Account Number | Amount |
| XXXXXXXXX | XXXXXX0117 | 397.71 |

Health and safety is our number one priority - make sure
it is your number one priority too.

If you have any questions about the Code of Business
Conduct speak to your manager or use "Speak Up" 866-654-6626.

La Seguridad e Higiene es nuestra principal
prioridad - asegúrese de que también es la
suya.

Si tiene alguna pregunta sobre el Código de
#tica empresarial hable con su superior o
utilice el servicio "Speak Up" 866-654-6626.

CC: 23328      Reg: CKS
MS STELLA HARRISON
602 GREEN AVENUE
GREENVILLE SC 29601

Compass Group
2400 Yorkmont Rd.
Charlotte, NC 28217.
(877) 311-4747